| | |
|---|---|
| 1 | Your Name: Kevin Jerome Harris Jr. |
| 2 | Address: 45503 misty bluff dr, Charlotte, NC, 28278 |
| 3 | Phone Number: 908-800-4105 |
| 4 | Fax Number: |
| 5 | E-mail Address: Kharris1994@gmail.com |
| 6 | Pro Se Plaintiff |

**FILED**
DEC 10 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

JCS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CV 21 9570

| | |
|---|---|
| Kevin Jerome Harris Jr. | Case Number [leave blank] |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| Toyota Motor Sales U.S.A. | DEMAND FOR JURY TRIAL |
| | Yes [X] No [ ] |
| Defendant. | |

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Kevin Jerome Harris Jr.
Address: 45503 misty bluff dr, Charlotte, NC, 28278
Telephone: 908-800-4105

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: Toyota Motor Sales, U.S.A.
Address: 6565 headquarters Drive, Plano, Texas, United States
Telephone: 800-331-4331

Defendant 2:
Name: Vancouver Toyota
Address: 10455 NE 53rd St, Vancouver, WA, 98662
Telephone: 360-944-3001

Defendant 3:
Name:
Address:
Telephone:

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☐ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____ .

☒ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

- 3 -

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

   [x] a substantial part of the events I am suing about happened in this district.

   [x] a substantial part of the property I am suing about is located in this district.

   [ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

   [ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in __Clark__ County, it should be assigned to the __San Francisco/Oakland__ Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

. I was driving on the interstate going 80 mph on the interstate 84 and my brakes went out all of a sudden causing me to swerve into the shoulder damaging the bumper and completely deterring me from the progression of my work —

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

—and putting my life at severe risk. I then put my car into the shop at a certified Toyota dealership where they charged me, knowing I could not afford a hefty diagnosis fee. They later said to fix the brake compressor and a simple tune up would cost me $4500 while completely disregarding the danger their defective product. Since then I cannot stop thinking of how different my life would be if I had not swerved a second sooner.

//
//

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

## CLAIMS

### First Claim

3 (*Name the law or right violated*: __365 Personal Injury - Product Liability__)

4 (*Name the defendants who violated it*: __Toyota Motor Sales U.S.A.__)

5 [*Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were

6 harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

Action alleging personal injury or wrongful death from negligence involving a motor vehicle and caused by a defective product. I was driving on the interstate and my brakes gave out causing to swerve and causing damage to myself, my mental health, and the front bumper. Toyota then refused to repair the issue, continued to charge an outrages price for repair and neglected to recognize its liability for damaging my career as a delivery driver, the damage to my physical person/mental health, and damage to my vehicle.

//

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

1. _____Second_____ Claim
2. (Name the law or right violated: §§ 3729-3733 (The False Claims Act) )
3. (Name the defendants who violated it: Toyota of Vancouver )
4. After bringing in my vehicle to a
5. certified Toyota dealership in hopes of a solution
6. to the defective product I was sold that
7. almost took my life away from me. While
8. waiting for them to determine the issue
9. from their perspective they rented to me a
10. vehicle in which I would use to continue
11. my work as a driver in the meantime. I
12. was charged (charged) daily for two days
13. and then not charged at all. When they came
14. to me with their ridiculous repair price for
15. the repair of their defective braking system which
16. I could not afford for some reason I
17. was not charged again for the rental until 10
18. days later. When I told them I would need a
19. vehicle because I could not garuntee my
20. survival without a vehicle because of
21. my contracted occupation and distance to any
22. relatives. They claimed that I stole the vehicle
23. which is absolutely untrue. My only option from there
24. was to pursue legal action, so I could
25. continue to survive where their neglect would never
26. allow me to continue. My life has been put in danger
27. because they have given a false claim that is not truly accurate.
28.

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*