UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN JEROME HARRIS,

        Plaintiff,

v.

TOYOTA MOTOR SALES, U.S.A., et al.,

        Defendants.

Case No. 21-cv-09570-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR DISMISSAL**

Re: Dkt. No. 6

The Court has reviewed Magistrate Judge Spero's Report and Recommendation for Dismissal. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that sole federal claim under the False Claims Act is dismissed with prejudice as frivolous and for failure to state a claim on which relief may be granted because Harris alleges no false claim submitted to the United States for payment. The claim for "Personal Injury – Product Liability" is dismissed for lack of subject matter jurisdiction, without leave to amend in this Court but without prejudice to pursuing such a claim in a court of competent jurisdiction. The Clerk is directed to enter judgment in favor of Defendant and close the file.

**IT IS SO ORDERED.**

Dated: 1/31/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge